No. 96–7784. CARPENTER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7785. ATLAS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–7788. LEAL *v.* CHATER, COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Certiorari denied.

No. 96–7789. MALKIEWICZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7794. ROBINSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7795. OGBUEHI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–7797. ANIMASHAUM *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–7800. TILLMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–7801. MILLER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–7803. KEYS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7805. COTTRELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7806. ADKINS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–7808. WOODALL *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 96–7809. RENFROE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–7810. RAMIREZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–7811. OCHOA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.